THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendant. | CASE NO. C25-0945-JCC<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　This matter comes before the Court *sua sponte*. Plaintiff in this matter filed a subrogation complaint with the Court May 19, 2026, (Dkt. No. 1), and an affidavit of service June 5, 2025, (Dkt. No. 7). Yet, to date, Defendant has not appeared nor answered. Nevertheless, Plaintiff has not moved for an entry of default or otherwise prosecuted this matter. Accordingly, Plaintiff is ORDERED to show cause why the case should not be dismissed without prejudice for failure to prosecute. If no such motion is filed within the next 30 days, Plaintiffs' written response (in lieu) is due November 5, 2025.

//

//

//

DATED this 6th day of October 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C25-0945-JCC
PAGE - 2